## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| v. ) | Criminal Action No. 21-56 |
| DEREK HYLAND CALLAWAY, ) | |
| Defendant. ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Alexander P. Ibrahim, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be unsealed.

Respectfully submitted,

DAVID C. WEISS,
United States Attorney

By: /s/ *Alexander P. Ibrahim*
Alexander P. Ibrahim
Assistant United States Attorney

Dated: November 1, 2021

**AND NOW**, to wit, this __1__ day of __November__, 2021, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

United States Magistrate Judge

FILED

NOV - 1 2021

U.S. DISTRICT COURT DISTRICT OF DELAWARE